**DUNKIN' DONUTS INCORPORATED,**
Plaintiff,

v.

**KASHI ENTERPRISES,**
**INC., Defendant.**

**No. Civ.A. 1:00CV929CAP.**

United States District Court,
N.D. Georgia,
Atlanta Division.

Sept. 18, 2000.

Kelly Jean Beard, Meadows Ichter & Trigg, Atlanta, GA, Steven A. Browne, Robert L. Zisk, Schmeltzer Aptaker & Shepard, Washington, DC, for plaintiff.

## ORDER AND PERMANENT INJUNCTION

PANNELL, District Judge.

The plaintiff filed the instant action, seeking injunctive relief from the defendant's alleged trademark infringement and violation of the plaintiff's franchise standards, pursuant to the Lanham Trade-Mark Act, 15 U.S.C. § 1114(1)(a) (the "Lanham Act"). By its previous order, dated June 7, 2000, the court entered a preliminary injunction in favor of the plaintiff. The clerk has entered a default judgment in favor of the plaintiff. The plaintiff now seeks damages and to convert the preliminary injunction into a permanent injunction pursuant to the terms of the court's previous order.

## I. LEGAL DISCUSSION

The plaintiff has submitted affidavits and supporting documentation detailing its incurred attorney's fees and expenses, which it is entitled to pursuant to the terms of the Franchise Agreement.

The plaintiff does not seek any other damages as a result of the defendant's violation of the statute and/or the Franchise Agreement. The defendant has not submitted any affidavits challenging the amount of attorney's fees and expenses incurred by the plaintiff. The court may enter an order without holding an evidentiary hearing, based upon " 'affidavits and other documentary evidence if the facts are undisputed.' " *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1311–13 (11th Cir.1998) (quoting *Ty, Inc. v. GMA Accessories, Inc.*, 132 F.3d 1167, 1171 (7th Cir.1997)). The plaintiff's motion is unopposed.

■■■ Fed.R.Civ.P. 65(d) requires that "[e]very order granting an injunction ... shall set forth the reasons for its issuance; shall be specific in terms; shall describe in reasonable detail, and not by reference to the complaint or other document, the act or acts sought to be restrained; and is binding only upon the parties to the action...." In assessing whether permanent injunctive relief is warranted, the court must determine whether the plaintiffs have satisfied the following three criteria: (1) violation of the applicable statute or agreement by the defendants; (2) continuing irreparable injury to the plaintiff in the absence of an injunction; and (3) lack of an adequate remedy at law. *See Newman v. State of Alabama*, 683 F.2d 1312, 1319 (11th Cir.1982). If warranted, the scope of the injunctive relief should be tailored to address the specific violations of law by the defendants. *See e.g., Madsen v. Women's Health Ctr.*, 512 U.S. 753, 762, 114 S.Ct. 2516, 129 L.Ed.2d 593 (1994).

■■ The plaintiff asks the court to permanently enjoin the defendant from violating the plaintiff's standards for health, sanitation, and safety as identified in the Critical Food Safety and Sanitation Inspection form. As to the first requirement of violation of the agreement, the court finds that the record demonstrates that the defendant has breached the Franchise Agreement, which in plain terms obligates the defendant to operate a clean and safe franchise. Further, the court finds that

the record includes numerous documents, affidavits, and photographs, which demonstrate that the defendant has failed to cure the alleged violations. Accordingly, the court holds that the plaintiff has violated the Franchise Agreement standards and the Lanham Act.

With respect to the second requirement, the record evidence demonstrates that there is a threat of a continuing irreparable injury to the plaintiff if the injunction is not granted. The possibility of irreparable injury arises because the record evidence indicates that the unsanitary conditions at the defendant's store may result in illness to the plaintiff's customers. To this end, the court notes that the plaintiff has an important interest in the uniformity of food specifications, preparation methods, quality and appearance, facilities and service of its franchisees. *See McDonald's Corp.*, 147 F.3d at 1309. Not only does the defendant's conduct place the plaintiff's trademarks and trade name at risk, but more importantly, it puts the public in danger of food contamination. Further, the plaintiff has a strong legal interest in avoiding disputes stemming from the cleanliness and safety of its products. *See id.* Accordingly, if customers become ill due to the defendant's franchise's unsanitary conditions, the plaintiff's national reputation, goodwill, and business will be harmed. Thus, the court holds that this harm constitutes an irreparable injury.

The third requirement necessitates the court finding that there is no adequate remedy at law. Because of the defendant's limited economic resources, as compared to the plaintiff, and the court's finding that the defendant's actions will harm the plaintiff's national reputation, goodwill, and business, the court holds that there is no adequate remedy at law, if the permanent injunction is not issued.

## III. CONCLUSION

For the foregoing reasons, the court hereby GRANTS the plaintiff's motion for default judgment [Doc. No. 6–1].

Specifically, the defendant is permanently enjoined from violating the plaintiff's standards for health, sanitation, and safety as identified on the Critical Food Safety and Sanitation Inspection form attached to and made a part of this order. The court hereby AWARDS the plaintiff $5,284.97 in damages.

Page 1
CFSSI

PC # / Store # **302116**   Store Location: **Candler Road, Decatur, GA**   DD/TOGO'S/BR

### ALLIED DOMECQ QSR

## CRITICAL FOOD SAFETY AND SANITATION INSPECTION

**NOTICE OF DEFAULT      NOTICE TO CURE**

YOUR STORE HAS BEEN INSPECTED AND THE FOLLOWING VIOLATIONS OF STANDARDS RELATING TO FOOD SAFETY, AND/OR SANITATION WERE FOUND.  YOU ARE HEREBY NOTIFIED OF THE FOLLOWING DEFICIENCIES WHICH MUST BE CORRECTED WITHIN TWENTY-FOUR (24) HOURS FROM RECEIPT OF THIS NOTICE.  IF THE VIOLATIONS ARE NOT CORRECTED, YOUR FRANCHISE MAY BE TERMINATED.  IF IT SHOULD BE DETERMINED THAT, AS A MATTER OF LAW, A LONGER CURE PERIOD IS REQUIRED, THEN THAT LONGER PERIOD IS APPLICABLE TO THIS NOTICE.

| | RFSS Manual Page # | Photo ID Key | Inspection Date: 3/10/2000 | | | Re-Inspection Date: 3/29/2000 | | |
|---|---|---|---|---|---|---|---|---|
| | | | "No" = Deficiency | | | Cured | New | Deficiency |
| **FOOD - RECEIVING** | | | | | | | | |
| Are refrigerated products received at 41° F maximum, with temperatures and observations documented for each delivery? | 10 | FR 01 | Yes | No | N/A | Yes | No | |
| **FOOD - STORAGE** | | | | | | | | |
| Are refrigerated products stored at 41° F maximum, and temperatures documented twice a day? | 11 | FS 01 | Yes | No | N/A | Yes | No | |
| Are all food products dated and within their code date? | 11 | FS 02 | Yes | No | N/A | Yes | No | |
| Are all food products approved by the respective brand and from an approved source? (e.g., no raw shell eggs) | 10 | FS 03 | Yes | No | N/A | Yes | No | |
| **FOOD - PREPARATION** | | | | | | | | |
| Are all frozen foods thawed refrigerated at 41° F maximum? | 11 | FP 01 | Yes | No | N/A | Yes | No | |
| **FOOD – COOKING / REHEATING** | | | | | | | | |
| Are Bulk Food Items (soup, meat, chili,) cooked or reheated (leftovers) in approved equipment to 165° F (or 140°F depending on product) for 15 seconds minimum, and temperatures documented?  Foods that can be stirred should be stirred prior to temperature checking. | 12, 14 | FCR 01 | Yes | No | N/A | Yes | No | |
| Are Dunkin' Donuts pre-portioned breakfast items and soups cooked in an approved microwave to 165°F (or 140°F depending on product) for 15 seconds minimum and temperatures documented for each product once daily?  Foods that can be stirred should be stirred prior to temperature checking | 12 | FCR 02 | Yes | No | N/A | Yes | No | |
| **FOOD - HOT HOLDING** | | | | | | | | |
| Are potentially hazardous foods held at 140° F minimum, and temperatures documented every 4 hours during holding? | 13 | FHH 01 | Yes | No | N/A | Yes | No | |
| **FOOD - COLD HOLDING** | | | | | | | | |
| Are refrigerated foods stored at 41° F maximum, and temperatures documented every 4 hours during holding? | 13 | FCH 01 | Yes | No | N/A | Yes | No | |
| **FOOD - COOLING LEFTOVERS** | | | | | | | | |
| Are leftovers cooled using the Standardized Cooling Procedure (leftovers no more than 2" deep, uncovered on top shelf of walk-in cooler) with depth and final temperature documented? | 14 | FCL 01 | Yes | No | N/A | Yes | No | |
| **FOOD - DELIVERY / DISTRIBUTION** | | | | | | | | |
| Are refrigerated products maintained at 41° F or below throughout delivery (including inter-store delivery), and temperatures documented at each delivery point? | 14 | FDD 01 | Yes | No | N/A | Yes | No | |
| Are Togo's lunch items delivered within one hour and time documented? | 14 | FDD 02 | Yes | No | N/A | Yes | No | |
| Are food products protected from contamination throughout delivery? (e.g., covered, off the vehicle floor) | 14 | FDD 03 | Yes | No | N/A | Yes | No | |
| **FOOD - THERMOMETERS** | | | | | | | | |
| Are food probe thermometers in use, accurate, and sanitized properly? | 9, 36 | FT 01 | Yes | No | N/A | Yes | No | |
| **CHEMICAL CONTROLS** | | | | | | | | |
| Are chemicals properly labeled and stored below or away from food and away from packaging? | 19 | CC 01 | Yes | No | N/A | Yes | No | |
| Are chemicals approved and used in accordance with manufacturer's instructed use? | 19 | CC 02 | Yes | No | N/A | Yes | No | |

# 1366

## PEST CONTROL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Is store free of pests (e.g. no evidence of rodents, insects, or birds) | 20 | PC 01 | Yes | No | N/A | Yes | No | |
| Are pesticides stored off-site and when used, only applied by licensed pest control operator? | 20 | PC 02 | Yes | No | N/A | Yes | No | |

## PLUMBING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| If well water is used, is there documented evidence that it meets Federal, State, and local standards? | 15 | PL 01 | Yes | No | N/A | Yes | No | |
| Are hot and cold water available at all sinks? | 15 | PL 02 | Yes | No | N/A | Yes | No | |

## PHYSICAL PREMISES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Is the store free of imminent health hazards? (e.g., sewer backup, alleged illness outbreaks, adulterated products, power outage) | 21 | PP 01 | Yes | No | N/A | Yes | No | |
| Are premises clean and maintained (e.g. non-food contact surfaces including dumpster area, restroom, toilets, sinks, floors, walls, ceilings, storeroom and restroom supplies available) | 20, 43 - 46 | PP 02 | Yes | No | N/A | Yes | No | |

## SANITATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Are equipment and utensils washed, rinsed and sanitized at proper frequency? (e.g. softserve freezer, dairy dispenser, dipperwells, iced tea dispensers, meat slicer, blender pitchers, spindle-type mixers, iced coffee dispenser, tomato slicer)? | 16 - 18 43 - 46 | SN 01 | Yes | No | N/A | Yes | No | |
| Are two or three-compartment sinks set up properly (wash, rinse, sanitize, air-dry)? | 15 | SN 02 | Yes | No | N/A | Yes | No | |
| Are sanitizer solutions clean and of adequate concentration and test strips used? | 15 | SN 03 | Yes | No | N/A | Yes | No | |
| Are in-use wiping cloths stored in sanitizing solution? | 15 | SN 04 | Yes | No | N/A | Yes | No | |
| Are necessary brushes and cleaning utensils available and in use? | 16 - 18 | SN 05 | Yes | No | N/A | Yes | No | |
| Are utensils stored properly (e.g. on a clean dry surface or in product, not in standing water, and dipper well water running)? | 12 - 13 | SN 06 | Yes | No | N/A | Yes | No | |

## SELF-ASSESSMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Are Retail Food Safety System Self-Assessments being completed accurately on a monthly basis and corrective actions taken? | 24 - 29 | SA 01 | Yes | No | N/A | Yes | No | |
| Were coliform tests conducted by Franchisee (minimum 2 per month and each item retested until results are within specification)? | 24 - 25 | SA 02 | Yes | No | N/A | Yes | No | |

## MICRO-COLIFORMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Are coliform tests performed by the AD QSR representative acceptable (<20 CFU/ml) for product or water samples (e.g. softserve, dipperwell water, iced tea, spindle mixer rinse water, cream) and food contact surfaces (e.g. ice machine, dairy dispenser, utensils, blender pitchers, tea/coffee spigots, mixers, slicers)? | 24 - 25 | CF 01 | Yes | No | N/A | Yes | No | |

## HYGIENE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Are employees free of illness symptoms (nausea, vomiting diarrhea, uncontrolled sneezing or coughing) or not confirmed with one of the following illnesses: E. coli 0157:H7, Hepatitis A, Shigellosis or Salmonellosis | 6 | HY 01 | Yes | No | N/A | Yes | No | |
| Do the employees and store manager understand AD QSR's standard for ill Employees? | 6 | HY 02 | Yes | No | N/A | Yes | No | |
| Are handwash sinks provided, working properly, dedicated for hand washing only, and supplied with liquid antibacterial soap and single use paper towels or air dryer? | 6 - 7 | HY 03 | Yes | No | N/A | Yes | No | |
| Is there no direct hand contact with ready-to-eat food? | 6 | HY 04 | Yes | No | N/A | Yes | No | |
| Are single-use gloves and bandages available for use? | 6 | HY 05 | Yes | No | N/A | Yes | No | |
| Are all employees demonstrating proper hygiene? (e.g., washing hands after any interruption of work, bandaging and covering cuts, burns, scratches, properly using single-use gloves) | 6 - 7 | HY 06 | Yes | No | N/A | Yes | No | |

## FOODS PROTECTED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Are foods protected from contamination? (e.g. off floor, covered, not under leaking pipes, shielded from sink, not stored under condensation, not at room temperature for more than 30 minutes, un-processed produce washed in a colander, leftovers not mixed with new foods and used only once, ice scoop not stored in ice machine, no personal belongings stored on food or packaging) | 10 - 14 | FP 01 | Yes | No | N/A | Yes | No | |
| Are food allergen risks addressed? (e.g., foods properly labeled, batters containing nuts are scheduled for preparation last, food equipment and food contact surfaces are thoroughly washed after the preparation of products containing nuts, nut products stored below non-nut items) | 11 - 13 | FP 02 | Yes | No | N/A | Yes | No | |

PC#- 302-116

DETAILS (Clarify deficiencies as necessary, Items tested and test results)

Coliform kits were ordered.

First inspection:

Company Representative: _W Acosta_
(signed)

Will Acosta
(printed)

Date: 3/10/2000

Franchisee/Manager: _Kirt; Patel_
(signed)

KIRIT PATEL
(printed)

Date: 3-10-00

Reinspection:

Company Representative: _W Acosta_
(signed)

Will Acosta
(printed)

Date: 3/20/2000

Franchisee/Manager: _Kirt; Patel_
(signed)

_____
(printed)

Date: _____